ADOLF TAUSIK v. HELEN T. TAUSIK.— Motion to dismiss appeal denied without prejudice, however, to a renewal thereof, upon the argument or submission of the appeal. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

(A) THE PEOPLE OF THE STATE OF NEW YORK v. BURTON N. PUGACH. Concur — Botein, P. J., Breitel, Rabin and Valente, JJ. (B) THE PEOPLE OF THE STATE OF NEW YORK v. LESLIE STANLEY, JR.— Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ. [In each action] Motion for reargument denied.

## (March 23, 1961)

METROPOLITAN OPERA ASSOCIATION, INC., Respondent, v. METROPOLITAN ARTISTS, INC., et al., Appellants, et al., Defendants.— Order entered on February 15, 1961, granting plaintiff's motion for a temporary injunction, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.

In the Matter of ARTHUR SCHMITT, Appellant, v. MAJOR CONCRETE Co., INC., et al., Respondents.— Order entered on November 4, 1960, denying plaintiff-appellant's motion for leave to renew a prior motion for an order removing the action in the City Court, Bronx County, to the Supreme Court, Bronx County, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.

DANIEL EPSTEIN, Appellant, v. WATER TAXI, INC., et al., Defendants, and GOTTFRIED BAKING Co. et al., Respondents.— Order entered on September 28, 1960 denying plaintiff-appellant's motion for reconsideration of an order denying a motion for a preference under subdivision 5 of rule V of the New York County Supreme Court Trial Term Rules reversed on the law, on the facts and in the exercise of discretion, and the preference granted, without costs. Plaintiff established, prima facie, serious and protracted disability resulting from the claimed injuries. Despite such proof defendant did not oppose the motion nor offer any proof to dispute the nature or extent of the injuries. Accordingly, a preference is warranted. (*Calanni* v. *Tranos*, 12 A D 2d 762.) Appeal from the order entered September 29, 1959 denying the original motion for a preference is dismissed, without costs (*Harris* v. *Brown*, 93 N. Y. 390). Concur — Breitel, J. P., Valente, McNally and Bastow, JJ.

ROBERT J. FRANCISCO, Appellant, v. NATIONAL BROADCASTING COMPANY, INC., Respondent.— Order entered on September 26, 1960, denying plaintiff's motion to open a default judgment against him dismissing plaintiff's action for failure to prosecute, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.

WILLIAM SOLOMON et al., Respondents, v. JOHN VAN ALLEN, Appellant. — Order entered on July 8, 1960, granting plaintiffs' motion to vacate notices of examination before trial of plaintiffs as adverse parties, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.